Jarod Bona (234327)
jarod.bona@bonalawpc.com
Aaron Gott (314264)
aaron.gott@bonalawpc.com
David C. Codell (200965)
david.codell@bonalawpc.com
Luke Hasskamp
luke.hasskamp@bonalawpc.com
BONA LAW PC
4275 Executive Square, Suite 200
La Jolla, California 92037
858.964.4589

Martin A. Sabarsky (181207)
mas@kirkpatricksabarsky.com
Melissa R. Kirkpatrick (275312)
mrk@kirkpatricksabarsky.com
KIRKPATRICK & SABARSKY LLP
590 Cypress Hills Drive
Encinitas, California 92024-2396
760.268.2069

*Counsel for Plaintiff*

[Counsel for Defendants listed on signature pages]

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| Stanley Scheufler,<br><br>               Plaintiff,<br><br>    v.<br><br>Advanced Grow Labs Technologies LLC et al.,<br><br>              Defendants. | Case No.: 3:20cv00022-L-MDD<br><br>**Joint Status Report** |

This Joint Status Report is filed by all parties to this Action—plaintiff Stanley Scheufler and all defendants (Advanced Grow Labs Technologies, LLC, Advanced Grow Labs LLC, David Lipton, Christopher Mayle, and Green Thumb Industries, Inc.).

Pursuant to this Court's order dated March 23, 2020 (Doc. 20) this Action is currently stayed through and until June 30, 2020.

All parties, by and through their respective counsel of record, hereby advise the Court that, following mediation, all parties have reached a confidential settlement of the Action and are in the process of finalizing a confidential settlement agreement. Following final execution of the confidential settlement agreement, plaintiff will file a notice of voluntary dismissal.

Because the parties have reached a settlement and expect very shortly to have a final, executed settlement agreement, all parties respectfully request that the Court extend the stay in this case until July 24, 2020, with the exception that voluntary dismissal documents be permitted to be filed during that period.

| | | |
|---|---|---|
| 1 | DATED: June 29, 2020 | BONA LAW PC |
| 2 | | |
| 3 | | */s/ David C. Codell* |
| | | DAVID C. CODELL |
| 4 | | Jarod Bona |
| 5 | | Aaron Gott |
| | | David C. Codell |
| 6 | | Luke Hasskamp |
| 7 | | |
| 8 | | Martin A. Sabarsky |
| | | Melissa R. Kirkpatrick |
| 9 | | KIRKPATRICK & SABARSKY LLP |
| 10 | | |
| | | *Counsel for Plaintiff Stanley Scheufler* |
| 11 | | |
| 12 | DATED: June 29, 2020 | G&B LAW, LLP |
| 13 | | |
| 14 | | /s/ *James R. Felton* |
| | | JAMES R. FELTON |
| 15 | | |
| 16 | | James R. Felton (SBN 138767) |
| 17 | | jfelton@gblawllp.com |
| | | Yi Sun Kim (SBN 252303) |
| 18 | | ykim@gblawllp.com |
| 19 | | G&B LAW, LLP |
| 20 | | 16000 Ventura Boulevard, Suite 1000 |
| | | Encino, California 91436 |
| 21 | | Tel: (818) 382-6200 |
| 22 | | Fax: (818) 986-6534 |
| 23 | | |
| 24 | | *Attorneys for Defendant* |
| | | *Green Thumb Industries, Inc.* |
| 25 | | |
| 26 | | |
| 27 | | |
| 28 | | |

| | |
|---|---|
| DATED: June 29, 2020 | JACKSON LEWIS P.C.<br><br>/s/ *Dionna F. Shear*<br>DIONNA F. SHEAR<br>Theresa M. Marchlewski (SBN 82429)<br>JACKSON LEWIS P.C.<br>725 South Figueroa Street, Suite 2500<br>Los Angeles, California 90017<br>Telephone: (213) 689-0404<br>Facsimile: (213) 689-0430<br>theresa.marchlewski@jacksonlewis.com<br><br>Dionna F. Shear (SBN 308290)<br>JACKSON LEWIS P.C.<br>225 Broadway, Suite 2000<br>San Diego, California 92101<br>Telephone: (619) 573-4900<br>Facsimile: (619) 573-4901<br>dionna.shear@jacksonlewis.com<br><br>*Attorneys for Defendants*<br>*Advanced Grow Labs Technologies, LLC*<br>*Advanced Grow Labs LLC, David Lipton, Christopher Mayle and Green Thumb Industries, Inc.* |

# SIGNATURE CERTIFICATION

Pursuant to Section 2(f)(4) of the Electronic Case Filing Administrative Policies and Procedures Manual, I hereby certify that the content of this document is acceptable to James R. Felton, Counsel for Defendant Green Thumb Industries, Inc., and Dionna F. Shear, Counsel for Advanced Grow Lab Technologies LLC, Advanced Grow Labs LLC, Christopher Mayle and David Lipton, and that I have obtained Mr. Felton's and Ms. Shear's authorization to affix his or her electronic signature to this document.

Dated: June 29, 2020            */s/ David C. Codell*
                                David C. Codell

**PROOF OF SERVICE**

    I am employed in San Diego County. I am over the age of 18 and not a party to the within action. My business address is 4275 Executive Square, Suite 200, La Jolla, California 92037. On June 29, 2020, I caused to be served via CM/ECF true and correct copies of **Joint Status Report**.

    The CM/ECF system will generate a "Notice of Electronic Filing" (NEF) to the filing party, the assigned judge and any registered user in the case. The NEF will constitute service of the documents for purposes of the Federal Rules of Civil, Criminal and Appellate Procedure.

                                       *s/Gabriela Hamilton*
                                       GABRIELA HAMILTON